**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__Southern District of Texas__

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | 5D Cargo Express, Inc. | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 5 1 3 2 8 3 9 | |
| **4. Debtor's address** | **Principal place of business**  805 Hallmark Dr.  Number   Street  Laredo, TX 78045  City    State   ZIP Code  Webb  County | **Mailing address, if different from principal place of business**  Number   Street  City    State   ZIP Code  **Location of principal assets, if different from principal place of business**  Number   Street  City    State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **1**

Debtor  5D Cargo Express, Inc.  Case number *(if known)*
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  5  3  2  4

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                           MM / DD / YYYY

        District _____  When _____  Case number _____
                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                MM / DD / YYYY
        Case number, if known _____

Debtor    5D Cargo Express, Inc.                                                Case number *(if known)*
         Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number  Street<br>_____<br>City        State     ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☑ 1-49     ☐ 50-99          ☐ 1,000-5,000    ☐ 5,001-10,000       ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999        ☐ 10,001-25,000                        ☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  5D Cargo Express, Inc.  
    Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/15/2024  
                MM/ DD/ YYYY

**X**  /s/ Carlos F. Grajeda                    Carlos F. Grajeda  
Signature of authorized representative of debtor      Printed name

Title  President

**18. Signature of attorney**

**X**  /s/ Steven G. Cennamo        Date  03/15/2024  
Signature of attorney for debtor                        MM/ DD/ YYYY

Steven G. Cennamo  
Printed name

Law Office of Cennamo & Werner  
Firm name

8546 Broadway Ste 100  
Number       Street

San Antonio                  TX        78217-6345  
City                                 State     ZIP Code

(210) 905-0529               scennamo@cennamowernerlaw.com  
Contact phone                          Email address

04045600                       TX  
Bar number                            State

**United States Bankruptcy Court**
**Southern District of Texas**

In re  **5D Cargo Express, Inc.**                                            Case No.  _____

                                                  Debtor(s)                 Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **5D Cargo Express, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

    **03/15/2024**                              **/s/ Steven G. Cennamo**
Date                                          Steven G. Cennamo
                                              Signature of Attorney or Litigant
                                              Counsel for   **5D Cargo Express, Inc.**
                                              **Bar Number: 04045600**
                                              **Law Office of Cennamo & Werner**
                                              **8546 Broadway Ste 100**
                                              **San Antonio, TX 78217-6345**
                                              **Phone: (210) 905-0529**
                                              **Fax: (210) 905-4373**
                                              **Email: scennamo@cennamowernerlaw.com**

Fill in this information to identify the case:

Debtor name: **5D Cargo Express, Inc.**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/15/2024
MM/ DD/ YYYY

X  /s/ Carlos F. Grajeda
Signature of individual signing on behalf of debtor

Carlos F. Grajeda
Printed name

President
Position or relationship to debtor

Official Form B202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: |
|---|
| Debtor name               5D Cargo Express, Inc. |
| United States Bankruptcy Court for the:    Southern District of Texas |
| Case number (if known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ascentium Capital<br>23970 Highway 59 North<br>Kingwood, TX 77339-1535 | | | | $947,325.46 | $732,684.37 | $214,641.09 |
| 2 | Bank of America<br>3030 Cross Creek Parkway 2nd Floor<br>Grosse Pointe, MI 48236 | | | | $780,495.29 | $563,778.53 | $216,716.76 |
| 3 | Daimler Truck Financial<br>4372 Heritage Parkway, Suite 40<br>Fort Worth, TX 76177 | | | | $2,037,781.94 | $1,606,178.02 | $431,603.92 |
| 4 | First One Business Bank<br>17335 Golf Parkway<br>Brookfield, WI 53045 | | | | $903,269.55 | $653,504.70 | $249,764.85 |
| 5 | Hyundai Translead Trailer Finance<br>655 Business Center Drive, Suite 250<br>Horsham, PA 19044 | | | | $90,641.96 | $71,844.82 | $18,797.14 |
| 6 | Midland Equipment<br>1801 Park 270 Drive Suite 200<br>Saint Louis, MO 63146 | | | | $360,750.64 | $315,031.90 | $45,718.74 |
| 7 | Santander Consumer USA<br>Attn: Bankruptcy<br>3 Huntington Quad Suite 101N<br>Melville, NY 11747 | | | | $512,351.97 | $467,586.00 | $44,765.97 |
| 8 | Sumitomio Mitsui Finance<br>666 Third Avenue 8th Floor<br>New York, NY 10017 | | | | $1,919,728.10 | $1,919,728.00 | $0.10 |

Debtor    5D Cargo Express, Inc.
          Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE: **5D Cargo Express, Inc.**　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　　03/15/2024　　　Signature　　　　　　　　/s/ Carlos F. Grajeda
　　　　　　　　　　　　　　　　　　　　　　　Carlos F. Grajeda, President

Arvest Bank
8000 Taylor Avenue
Fort Smith, AR 72916


Ascentium Capital
23970 Highway 59 North
Kingwood, TX 77339-1535


Bank of America
3030 Cross Creek Parkway 2nd Floor
Grosse Pointe, MI 48236


BMO Harris Bank
3925 Fountianhius BLV Ne 1c
Cedar Rapids, IA 52411


Citibank
10201 CENTURION PARKWAY N #100
Jacksonville, FL 32256


Daimler Truck Financial
4372 Heritage Parkway, Suite 40
Fort Worth, TX 76177


Dariana Investments
805 Hallmark Dr.
Laredo, TX 78045


Dell Financial Solutions Partner
PO Box BOX 825736
Philadelphia, PA 19182-5736

Diesel Leasing and Financial
9111 North Freeway
Houston, TX 77037

First One Business Bank
17335 Golf Parkway
Brookfield, WI 53045

GM Financial
P.O. Box 183692
Arlington, TX 76096-3692

Hyundai Translead Trailer Finance
655 Business Center Drive, Suite 250
Horsham, PA 19044

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Law Office of Cennamo & Werner
8546 Broadway Ste 100
San Antonio, TX 78217-6345

Midland Equipment
1801 Park 270 Drive Suite 200
Saint Louis, MO 63146

PNC Financial
655 Business Center Drive Suite 250
Horsham, PA 19044

Santander Consumer USA
Attn: Bankruptcy
3 Huntington Quad Suite 101N
Melville, NY 11747

SBC Transportation Inc
832 Hallmark Dr.
Laredo, TX 78045

Siemans EDI
40 Liberty Boulevard
Malvern, PA 19355-1415

Sumitomio Mitsui Finance
666 Third Avenue 8th Floor
New York, NY 10017

TBK Bank SSB
12700 Park Central Dr
Dallas, TX 75251

The Huttington National Bank
17 S High St Columbus
Columbus, OH 43215

Translease
1400 W 62nd Avenue
Denver, CO 80221

United States Attorney General
Department of Justice
950 Pennsylvania Avenue N.W
Washington, DC 20530

United States Attorney, Civil Process Clerk
601 N.W. Loop 410 Ste 600
San Antonio, TX 78216


Volvo VTFNA Inc Lease/rent
8003 Piedmont Triad Parkway
Greensboro, NC 27409


Wabash
655 Business Center Drive Suite 250
Horsham, PA 19044


Webb County Tax Assessor Collector
110 Victoria St Ste 107
Laredo, TX 78040